## HARGETT v. HOLLAND

No. 377PA93

Case below: 111 N.C.App. 200

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 2 December 1993.

## KRAFT FOODSERVICE, INC. v. HARDEE

No. 468P93

Case below: 111 N.C.App. 928

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 2 December 1993 for the purpose of entering the following order:

The Court of Appeals' opinion dismissing defendant's appeal and the order denying defendant's Motion to Amend the Record on Appeal are reversed; the record on appeal is deemed amended to include the Order of Summary Judgment entered 7 December 1992; and the case is remanded to the Court of Appeals for consideration of the merits of the appeal.

## MASHBURN v. FIRST INVESTORS CORP.

No. 396P93

Case below: 111 N.C.App. 398

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 2 December 1993.

## MORGAN v. CAVALIER ACQUISITION CORP.

No. 380P93

Case below: 111 N.C.App. 520

Petition by defendant (Coca-Cola Bottling Co.) for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993. Petition by defendant (Cavalier) for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.